```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ANTHONY CRUZ,<br><br>      Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY JAIL DEPARTMENT OF CORRECTIONS,<br><br>      Defendant. | Civil Action<br>No. 16-7666 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Anthony Cruz seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several sections of the application are incomplete. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**January 30, 2017**              **s/ Jerome B. Simandle**
Date                                JEROME B. SIMANDLE
                                         Chief U.S. District Judge